IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST FROM KAZAKHSTAN IN THE MATTER OF Y.M. LARIONOV | ) ) ) )   Misc. No. 05- |

## APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Kazakhstani authorities.

                                                COLM F. CONNOLLY
                                                United States Attorney

By: *Richard G. Andrews*

                                                Richard G. Andrews
                                                Assistant U.S. Attorney
                                                Delaware Bar I.D. No.2199
                                                1007 N. Orange Street
                                                Wilmington, DE   19801
                                                (302) 573-6277

Dated: 4/13/05